**Order filed November 5, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00856-CV
_____

## IN THE MATTER OF THE MARRIAGE OF VERONICA MBOMETTE UDOBONG AND MBOMETTE ASUQUO UDOBONG, Appellant

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-45639**

## O R D E R

The clerk's record was filed December 22, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Final Decree of Divorce signed on April 9, 2010.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before November 12, 2018, containing Final Decree of Divorce signed on April 9, 2010.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM